IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                                  16-CR-70-G

MICHAEL BUSH,

                Defendant.

---

## INFORMATION

(18 U.S.C. § 875(c))

### COUNT 1

**(Threat by Interstate Communication)**

**The United States Attorney Charges That:**

Between on or about January 2, 2015, and on or about February 26, 2016, in the Western District of New York, the defendant, **MICHAEL BUSH**, did knowingly, intentionally and unlawfully transmit in interstate commerce, from the State of New York to the State of California, communications, that is, internet postings on the website Topix.com, and the communications carried the true threat to injure Jamestown Police Department Captain, **Victim A**, and Jamestown Police Department Chief, **Victim B**.

**All in violation of Title 18, United States Code, Section 875(c).**

DATED: Buffalo, New York, July __18__, 2016.

                           WILLIAM J. HOCHUL, JR.
                           United States Attorney

BY: _____
       BRENDAN T. CULLINANE
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York 14202
       716/843-5875
       Brendan.Cullinane@usdoj.gov