UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,
                *Plaintiff*,

   vs.                                       **Case No:  1:16-cr-00070-FPG**

MICHAEL BUSH,
                *Defendant.*

## DEFENDANT'S STATEMENT WITH RESPECT TO SENTENCING FACTORS

### PRELIMINARY STATEMENT

On July 18, 2016, Michael Bush pled guilty to one count of 18 U.S.C. §875(c) in front of Chief United States District Judge Frank P. Geraci, Jr.

     The Plea Agreement entered into between the parties and filed with the Court indicated that when all adjustments were taken into account, Mr. Bush's Sentencing Guideline Range would be 10, resulting in a sentencing range of six to twelve months imprisonment.

### SENTENCING GUIDELINES

     Consistent with the Plea Agreement, and with his acceptance of responsibility, Mr. Bush's adjusted offense level is 10, resulting in a Sentencing Range of six to twelve months.  Mr. Bush's criminal history category is 1.

     Counsel further agrees to not advocate for a sentence outside of the Sentencing Guidelines outlined in the Plea Agreement and Presentence Report, and agrees to a sentence within the Guidelines that had been previously outlined.

**CONCLUSION**

The Government has advised counsel that it does not oppose a sentence within the Sentencing Guidelines, therefore we ask the Court to sentence Mr. Bush to a sentence within the guidelines outlined in the Plea Agreement and Presentence Report.

DATED:    Buffalo, New York
              September 15, 2016

                                          Respectfully submitted,

                                          /s/Justin D. Ginter
                                          JUSTIN D. GINTER, ESQ.
                                          LIPSITZ GREEN SCIME CAMBRIA LLP
                                          Attorneys for Defendant
                                          MICHAEL BUSH
                                          42 Delaware Avenue
                                          Buffalo, New York 14202
                                          (716) 849-1333
                                          jginter@lglaw.com


TO:    BRENDAN T. CULLINANE, ESQ.
          ASSISTANT UNITED STATES ATTORNEY
          138 Delaware Avenue
          Buffalo, New York 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,
                      *Plaintiff*,

    vs.                                        Case No:  1:16-cr-00070-FPG

MICHAEL BUSH,
                      *Defendant.*

### CERTIFICATE OF SERVICE

      I hereby certify that on September 15, 2016, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system.

      I hereby certify that on September 15, 2016, a copy of the foregoing was also delivered to the following via CM/ECF:

WILLIAM J. HOCHUL, ESQ.
United States Attorney
138 Delaware Avenue
Buffalo, New York   14202

ATTN:   BRENDAN T. CULLINANE, ESQ.
        Assistant United States Attorney

Dated:      Buffalo, New York
              September 15, 2016

                                              s/ Amanda E. Workman
                                                Amanda E. Workman